# Cox Padmore Skolnik & Shakarchy LLP
### Attorneys at Law

**Stefan B. Kalina**
Also Admitted in
New Jersey and Connecticut

March 12, 2024

**BY ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:  **Tiffany Maintenance Co. Inc. v. Salvatore Gigante, et al.**
     **Civ. No.: 1:24-cv-00147-DLC**

Dear Judge Cote:

This firm represents Defendant Salvatore Gigante in the above-referenced matter.

In accord with Your Honor's Individual Practice Rules 1(E), we respectfully submit that the initial pretrial conference presently set for March 15, 2024 (ECF No. 6) be adjourned to April 5, 2023. A proposed revised scheduling order is likewise being filed simultaneously.

This is the first request for such an adjournment.

We have conferred with Plaintiff's counsel and they do not object.

We note that co-defendant Latoya Allen has not yet appeared and that Mr. Gigante's response to the Complaint is not due until April 9, 2024 pursuant to the Waiver of Service of Summons filed on February 20, 2024 (ECF No. 10).

Respectfully submitted,

S/ Stefan B. Kalina

Stefan B. Kalina, Esq.

*[Handwritten: The conference is adjourned to April 12 at 11:00 am. /s/ Denise Cote 3/13/24]*

Enclosure

cc:  Counsel of Record (*via ECF*)

---

630 Third Avenue  23rd Floor  New York, NY 10017-6735   212-953-6633   212-949-6943 (Telefax)
www.cpsslaw.com

A Partnership including Limited Liability Partnerships

| Denver | Great Neck | Hackensack |
| --- | --- | --- |
| 303-839-9191 | 516-829-1080 | 201-489-0050 |