```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
TIFFANY MAINTENANCE CO. INC.,              :
                                           :    24cv147 (DLC)
                      Plaintiff,           :
                                           :    ORDER
            -v-                            :
                                           :
SALVATORE GIGANTE and LATOYA ALLEN,        :
                                           :
                      Defendants.          :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of April 18, 2025 denied defendant Salvatore Gigante's motion for partial summary judgment. Accordingly, it is hereby

ORDERED that the parties shall by April 25, 2025 contact the chambers of Magistrate Judge Robyn F. Tarnofsky to schedule immediate renewed settlement discussions under her supervision.

IT IS FURTHER ORDERED that a Joint Pretrial Order must be filed by June 20, 2025. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge, and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

2

IT IS FURTHER ORDERED that trial is scheduled for July 14, 2025.

Dated:    New York, New York
          April 18, 2025

_____
DENISE COTE
United States District Judge