## Clayman Rosenberg Kirshner & Linder LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Paul S. Hugel
Partner
hugel@clayro.com

April 25, 2025

*VIA CM/ECF*
Hon. Denise L. Cote
United States District Court
 Southern District of New York
500 Pearl St, Room 1910
New York, New York 10007

Re:  Tiffany Maintenance Co. v. Salvatore Gigante et al.  24-cv-147-DLC

Dear Judge Cote:

We represent Plaintiff Tiffany Maintenance Co. in the above-referenced matter. I write on behalf of all parties to request that the Court amend its order of April 18, 2025 [Dkt. No. 73] to refer this matter to the SDNY Mediation Program in lieu of mediation before the magistrate judge.

The parties have appeared twice before the magistrate judge for settlement conferences, and have made progress with her assistance. However, at this juncture, the parties believe that devoting their time and resources to a full-day mediation with either a panel or private mediator will be more likely to achieve a final resolution of this matter.

In 2023, a company affiliated with Plaintiff (and under common ownership with it) sued Defendant Gigante in this Court. (*Fox River Properties, Inc. v. Salvatore Gigante*, 23-cv-1349-JPO). Judge Oetken referred that action to the SDNY Mediation Program and the assigned mediator, Anthony Paccione, was able to bring the parties to an amicable solution of that dispute in early 2024. The counsel representing Plaintiff and Mr. Gigante in this action also represented Plaintiff and Mr. Gigante in the Fox River action We are both of the opinion that Mr. Paccione's involvement was instrumental in reaching a resolution of that matter.

According, we request that the Court refer this matter to the Mediation Program. Ideally, if Mr. Paccione is available, he could act as the mediator as he is already familiar with much of the history between these parties.

Granted. A referral will be made to Mediation.
/s/ Denise Cote
4/25/25

Sincerely,

Paul S. Hugel

cc:  All counsel (via ECF)