```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TIFFANY MAINTENANCE CO. INC.,         :
                                      :    24cv147 (DLC)
                         Plaintiff,   :
                                      :       ORDER
            -v-                       :
                                      :
SALVATORE GIGANTE and LATOYA ALLEN,   :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby ORDERED that the Order of April 12, 2024 referring this case to the designated Magistrate Judge for settlement purposes is vacated.

Dated:   New York, New York
         April 25, 2025

_____<br>
DENISE COTE<br>
United States District Judge