```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TIFFANY MAINTENANCE CO. INC.,            :
                                         :      24cv147 (DLC)
                        Plaintiff,       :
                                         :      MEDIATION
            -v-                          :      REFERRAL ORDER
                                         :
SALVATORE GIGANTE and LATOYA ALLEN,      :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program to occur in **May 2025.** The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

Dated:   New York, New York
         April 25, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge