UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY MAINTENANCE CO. INC., <br><br> Plaintiff, <br><br> v. <br><br> SALVATORE GIGANTE and LATOYA ALLEN, <br><br> Defendants. | Civil Action No. <br> 24-cv-00147-DLC <br><br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR LATOYA ALLEN** |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Jeffrey Benjamin, Esq. in Support of the Motion to Withdraw as Counsel for Plaintiff, and upon all prior pleadings and proceedings had herein, moving counsel will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Room 1910, New York, NY 10007 on a date and time to be determined by the Court, for an Order pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Eastern District of New York, and RPC 1.16 permitting The Linden Law Group, P.C. to withdraw as counsel for Defendant LATOYA ALLEN.

Dated: New York, New York
        May 2, 2025

                               **THE LINDEN LAW GROUP, P.C.**

                               *Jeffrey Benjamin*

                               *Attorneys for Defendant LATOYA ALLEN*
                               250 Park Avenue, 7th Floor
                               New York, New York 10177
                               (212) 655-9536