```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
TIFFANY MAINTENANCE CO. INC.,             :
                                          :     24cv147 (DLC)
                           Plaintiff,     :
                                          :        ORDER
              -v-                         :
                                          :
SALVATORE GIGANTE and LATOYA ALLEN,       :
                                          :
                           Defendants.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On May 2, 2025, Jeffrey Benjamin of the Linden Law Group, P.C. filed a motion to withdraw as counsel for defendant LaToya Allen. The motion makes no mention of notice having been provided to Allen, as required by Local Civ. R. 1.4(b).

Meanwhile, at the request of the parties, an Order of April 25 referred this case to the Court-annexed mediation program for mediation to occur this month. Should the case proceed to trial, the Joint Pretrial Order is due on June 20 and trial will begin on July 14. Accordingly, it is hereby

ORDERED that Benjamin shall promptly serve on Allen his motion to withdraw, the declaration accompanying the motion, and this Order, and shall note proof of service on the docket.

IT IS FURTHER ORDERED that Allen shall submit her response to the motion to withdraw, if any, by May 16. The parties are advised that the July 14 trial date is firm.

IT IS FURTHER ORDERED that if Allen chooses to proceed pro se, she shall complete a Notice of Appearance form and submit it by email or mail to the Pro Se Office by May 16.  You may obtain a Notice of Appearance form by contacting the Pro Se Intake Unit or by visiting the Pro Se page of the Court's website and selecting "Forms, Instructions, & Manuals": https://www.nysd.uscourts.gov/prose.

IT IS FURTHER ORDERED THAT if Allen chooses to proceed pro se, she must mail or email any communications with the Court to the Pro Se Intake Unit.  Instructions for email communication with the Pro Se Intake Unit may be found at: https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf.  Communications may also be mailed to the Pro Se Intake Unit at 40 Foley Square, Room 105, New York, New York, 10007.  The telephone number for the Pro Se Intake Unit is (212) 805-0175.  A pro se party may not send any document or filing directly to Chambers.  Submissions requiring immediate attention should be hand-delivered to the Pro Se Intake Unit.  Unless the Court orders otherwise, all communications with the Court will be docketed upon receipt; such docketing shall constitute service on any user of the ECF system.  If any other party is not a user of the ECF system (e.g., if there is another pro se party in the

2

case), a pro se party must send copies of any filing to the party and include proof of service affirming that he or she has done so.  Copies of correspondence between a pro se party and opposing parties shall not be sent to the Court.

IT IS FURTHER ORDERED that if Allen chooses to proceed pro se, she may consider contacting the Federal Pro Se Legal Assistance Project (the "Clinic") opened in this District to assist people who are parties in civil cases and do not have lawyers.  The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit).  To receive limited-scope assistance from the Clinic, parties may complete the Clinic's intake form on their computer or phone at: [https://www.citybarjusticecenter.org/projects/federal-pro-selegal-assistance-project](https://www.citybarjusticecenter.org/projects/federal-pro-selegal-assistance-project).  If the parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 382-4794.  A copy of a flyer with details of the clinic is attached to this Order.

Dated:   New York, New York
         May 2, 2025

```
                        _____
                              DENISE COTE
                        United States District Judge
```

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.