```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
TIFFANY MAINTENANCE CO. INC.,              :
                                           :    24cv147 (DLC)
                              Plaintiff,   :
                                           :       ORDER
               -v-                         :
                                           :
SALVATORE GIGANTE and LATOYA ALLEN,        :
                                           :
                              Defendants.  :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

An Order of April 18, 2025 instructed the parties to file a Joint Pretrial Order by June 20 and scheduled trial to begin on July 14.  This action was then discontinued by an Order of June 10 in light of the parties having successfully agreed upon a settlement through mediation.  Having received the plaintiff's letter of June 27, it is hereby

ORDERED that, should the defendants not sign and return the settlement agreement by July 9, 2025, a conference will be held on July 11, 2025 at 2:00 p.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.  The rescheduling of the trial shall be addressed at that conference.

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on <u>pro se</u> defendant Allen and note proof of

service on the docket.

Dated:   New York, New York
         June 27, 2025

                                                _____
                                                  DENISE COTE
                                        United States District Judge