UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
TIFFANY MAINTENANCE CO. INC.,                :
: 24-CV-147 (DLC)
:
Plaintiff,    : **STIPULATION OF**
: **DISMISSAL WITH**
: **PREJUDICE AND**
: **[PROPOSED] ORDER**
– against –          :
:
:
SALVATORE GIGANTE and         :
LATOYA ALLEN,                 :
:
:
:
x
Defendants.
-------------------------------------------------------------------

**IT IS HEREBY STIPULATED, AGREED, AND ORDERED,** by and between the undersigned attorneys of record for Plaintiff Tiffany Maintenance Co., Inc. and Defendant Salvatore Gigante, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is hereby dismissed, with prejudice and without costs to any party as against the other.

This stipulation may be executed in counterparts. Each set of counterparts together shall constitute a fully executed Stipulation of Dismissal.

1

The parties and the Court expressly agree that the Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into between Plaintiff Tiffany Maintenance Co., Inc. and Defendant Salvatore Gigante in this matter.

Electronic or scanned signatures shall be deemed to be original signatures and acknowledgments for all purposes.

Dated: New York, New York
       July 10, 2025

| Clayman Rosenberg Kirshner & Linder LLP | Cox Padmore Skolnik & Shakarchy LLP |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant Salvatore Gigante* |
| By: _____<br>Paul Hugel, Esq.<br>305 Madison Avenue, Suite 650<br>New York, New York 10165<br>hugel@clayro.com | By: _____<br>Stefan B. Kalina, Esq.<br>630 Third Avenue, 23rd Floor<br>New York, New York 10017<br>kalina@cpsslaw.com |

So Ordered:

_____
Hon. Denise L. Cote, U.S.D.J.