```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
TIFFANY MAINTENANCE CO. INC.,         :
                                      :    24cv147 (DLC)
                        Plaintiff,    :
                                      :        ORDER
             -v-                      :
                                      :
SALVATORE GIGANTE and LATOYA ALLEN,   :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiff's letter of July 15, 2025, it is hereby

ORDERED that if this action is to be dismissed with prejudice in light of the parties' settlement, the Court will only retain jurisdiction to enforce a settlement agreement if its terms are on the public record. Jurisdiction will not be retained to enforce a confidential settlement agreement. See Paragraph 5(A), Individual Practices in Civil Cases. Any renewed request that this action be dismissed in light of the parties' settlement shall be made **Friday, July 18, 2025**.

IT IS FURTHER ORDERED that a Joint Pretrial Order is due **August 22, 2025**. Trial is scheduled for **September 29, 2025**.

Dated:  New York, New York
        July 16, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge